```
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

    SEP - 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy                    DEPUTY
```

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CHARLES R. BYRD, | Case No. CV 11-07891 AN |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED AND DECREED THAT this action is dismissed with prejudice.

DATED: September 5, 2012

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE