FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy                    DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CHARLES R. BYRD,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. CV 11-07891 AN<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT this action is dismissed with prejudice.

DATED: September 5, 2012

ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE